# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PAMELA WEBB,** | |
| **Plaintiff,** | |
| v. | Case No. 25-2139-JAR-RES |
| **SPEARHEAD INVESTMENTS, LLC AND SYLVAN LEARNING CENTER,** | |
| **Defendants.** | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on September 9, 2025 (Doc. 11). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Rachel E. Schwartz, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that that in accordance with the September 9, 2025 Report and Recommendation (Doc. 11), Defendant Sylvan Learning Center is dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to serve within 90 days after the Complaint was filed.

**IT IS SO ORDERED.**

Dated: September 26, 2025

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
